UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC B. FROMER CHIROPRACTIC, INC., | Case No. 20-cv-06131-VC |
|---|---|
| Plaintiff, | |
| v. | **ORDER REJECTING NOTICE OF VOLUNTARY DISMISSAL** |
| BETTERDOCTOR, INC., et al., | Re: Dkt. No. 22 |
| Defendants. | |

The notice of voluntary dismissal is rejected because the plaintiff must seek leave to dismiss the complaint. *See* Standing Order for Civil Cases ¶ 48. The request to dismiss is due 7 days from this order.

**IT IS SO ORDERED.**

Dated: October 29, 2020

VINCE CHHABRIA
United States District Judge