UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>BETTERDOCTOR, INC. and QUEST ANALYTICS, L.L.C.,<br><br>Defendants. | Case No.   3:20-cv-06131<br><br>**[Proposed] ORDER OF DISMISSAL** |

Pursuant to the Parties' Joint Request for Dismissal, the Court enters the following Order:

1. The individual claims of Plaintiff, Eric B. Fromer Chiropractic, Inc., are hereby dismissed with prejudice, each side to bear their own costs and fees;

2. The claims of putative class members of the proposed class are hereby dismissed without prejudice; and

3. Notice to putative class members is not required.

IT IS SO ORDERED


Dated:  November ___, 2020         _____
                                   The Honorable Vince Chhabria
                                   United States District Court Judge